# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF WISCONSIN

USDC EDWI
FILED IN GREEN BAY DIV
MAY 2 0 2013
AT_____ O'CLOCK_____M
JON W. SANFILIPPO

*In the Matter of the Search of*

Case Number: 13 m 630

**A USPS Priority Mail parcel with tracking number 9505 5109 1410 3134 3815 86 addressed to "Chewy, 1113 S. Erie St, De Pere, WI 54115" and containing the return address "Scott Steavens, 290 S. 900 W. St. Gorge, UT 84770"**

U.S. District Court
Eastern Div. of Wis. Green Bay Division
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.

JON W. SANFILIPPO, clerk

DATED: 5-17-13 by _____ Deputy

TO: Any authorized officer of the United States:

### SEARCH AND SEIZURE WARRANT

TO: **Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

**A USPS Priority Mail parcel with tracking number 9505 5109 1410 3134 3815 86 addressed to "Chewy, 1113 S. Erie St, De Pere, WI 54115" and containing the return address "Scott Steavens, 290 S. 900 W. St. Gorge, UT 84770"**

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. Sections 841(a)(1), 843(b), and 844(a).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before 5-27-, 2013
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge James R. Sickel.

Date and time issued: 5-17, 2013; 1:03 a.m./p.m.

Judge's signature

THE HONORABLE JAMES R. SICKEL
United States Magistrate Judge
*Name & Title of Judicial Officer*

City and state: Green Bay, Wisconsin

| | | |
|---|---|---|
| **RETURN** | | |
| Case No.<br>13 M 630 | Date and time Warrant executed<br>May 17, 2013 1:20 p.m. | Copy of warrant and inventory left with:<br>USPS |

Inventory made in the presence of
Mike Horst, Brown County Drug Task Force Investigator

Inventory of person or property taken and name of any person(s) seized:

1 USPS Priority Mail parcel with tracking number 9505 5109 1410 3134 3815 86 containing:

Approximately 1 gram white granular substance that field tested positive for methamphetamine using the Marquis Reagent Field Test Kit. The methamphetamine was in a small 1' by 1' bag that was clear on one side and red on the other. The red side of the bag had printing that read "Stay High". The plastic bag was concealed inside a flattened Junior Mints box that was taped closed with silver electrical tape. The Junior Mints box was inside of an already opened tax return envelope with no address information.

**CERTIFICATION**

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/20/2013

_(Executing officer's signature)_

Derek M. Thieme, US Postal Inspector
_(Printed name and title)_

Subscribed, sworn to, and returned before me this date.

_(U.S. Judge or Magistrate Judge)_

5/20/13
_(Date)_